# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
                 Appellant,

vs.

THE STATE OF NEVADA,
                 Respondent.

No. 85492

**FILED**

NOV 1 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from "the ORDER granting, nine days subsequent the directed response of 9/13/2023." Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr.J.
Gibbons

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.

22-35501

cc: Hon. Jacqueline M. Bluth, District Judge
Brian Kerry O'Keefe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk